**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| A.M., by and through next friend, MIRAH MOORE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:15-cv-00129-AGF |
| CAROLYN W. COLVIN, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion for attorney's fees in the amount of $1,548.41, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Plaintiff is the prevailing party in his action challenging the Commissioner of Social Security's denial of his application for child's Supplemental Security Income. Plaintiff's request for fees is supported by appropriate documentation, and the Commissioner states that she does not object to the amount of fees sought. As the Commissioner correctly points out, however, the fees must be paid directly to Plaintiff, pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $1,548.41, payable directly to Plaintiff. (Doc. No. 32.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 7th day of April, 2016.